1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                              EASTERN DISTRICT OF CALIFORNIA

8

9   MARIO THOMPSON,                         1:12-cv-00441-GBC (PC)

10                 Plaintiff,               ORDER TRANSFERRING CASE TO THE
                                            SACRAMENTO DIVISION OF THE EASTERN
11  vs.                                     DISTRICT OF CALIFORNIA

12  D. ROSARIO, et al,

13                 Defendants.

14  _____/

15        Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42 U.S.C.

16  § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

17        In his complaint, plaintiff alleges violations by defendants at California State Prison, Solano. The

18  alleged violations took place in Sacramento County, which is part of the Sacramento Division of the

19  United States District Court for the Eastern District of California. Therefore, the complaint should have

20  been filed in the Sacramento Division.

21        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court

22  may, on the court's own motion, be transferred to the proper court. Therefore, this action will be

23  transferred to the Sacramento Division.  This court will not rule on plaintiff's request to proceed in

24  forma pauperis.

25  //

26  //

27  //

28  //

IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This court has not ruled on plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:    March 26, 2012

UNITED STATES MAGISTRATE JUDGE